# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| YIORKIS PINEDA-LAURENCIO,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 77600 |
| YIORKIS PINEDA-LAURENCIO,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 77601 ✓ |

FILED

JAN 15 2019

ELIZ... BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are appeals from district court orders denying appellant's postconviction petitions for writs of habeas corpus. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Appellant has filed motions indicating that he wishes to voluntarily dismiss his appeals. The motions are granted and we

ORDER these appeals DISMISSED.

_____ Pickering , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Cadish

19-02372

cc: Hon. Kathleen E. Delaney, District Judge
    Yiorkis Pineda-Laurencio
    Attorney General/Carson City
    Clark County District Attorney
    Eighth District Court Clerk

